# In the United States District Court
## for the Southern District of Georgia
### Waycross Division

PABLO JASSO RODRIGUEZ,

      Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER, et al.,

      Respondents.

5:26-cv-432

## ORDER

Petitioner filed the captioned action, seeking his immediate release or for the Court to direct he have a bond hearing before an immigration judge. Dkt. No. 1 at 7. However, Petitioner filed another cause of action seeking the same relief in Case Number 5:26-cv-408, dkt. no. 1. The Magistrate Judge ordered the Warden-Respondent in Case Number 5:26-cv-408 to show cause why Petitioner should not be granted relief in that case, dkt. no. 2. As the proceedings in Case Number 5:26-cv-408 are ongoing, I **DENY** the above-captioned cause of action and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

    **SO ORDERED**, this 6 day of April, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA