AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

PABLO JASSO RODRIGUEZ,

Petitioner.

v.

WARDEN, FOLKSTON ICE
PROCESSING CENTER, et al.,

Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:26cv-432

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order dated April 6, 2026, the cause of action in the above-captioned case is denied as duplicative of ongoing proceedings in Case Number 5:26-cv-408. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_April 6, 2026_
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020